**IT IS SO ORDERED**
*Judge Edward J. Davila*
6/24/2011

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
0First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Anh Thu Xuan Pham, et al., <br><br> Defendants. | Case No. CV 11-0655 EJD HRL <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendant: Anh Thu Xuan Pham, individually and d/b/a Anh Thu Restaurant, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).
The Clerk shall close this file.

Dated:  June 20, 2011        */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C**.
By:  Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Page 1

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 20, 2011 I served:

### NOTICE OF VOLUNTARY DISMISSAL

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Anh Thu Xuan Pham (Defendant)
1710 Berryessa Road, Suite 107
San Jose, CA 95133

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 20, 2011, at South Pasadena, California.

Dated: June 20, 2011         /s/ Maria Baird
                             **MARIA BAIRD**